UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CESAR RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-06910-ODW (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including Plaintiff's Complaint and Supplemental Exhibits in Support of the Complaint (Dkt. 1, 7), the Order and Superseding Order re Complaint (Dkt. 8, 10), Plaintiff's Objection and Notice of Election to Stand on the Complaint (Dkt. 9, 11), and the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 13). Plaintiff did not file any timely written objections to the report.

///

///

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted.
2. Judgment shall be entered dismissing this case with prejudice.

Dated: January 31, 2020

_____
OTIS D. WRIGHT, II
United States District Judge